UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:08-CR-52 |
| V. ) | (Phillips /Guyton) |
| ) | |
| RICKY VEGA BIAS, ) | |
| ) | |
| Defendant. ) | |

**MEMORANDUM AND ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This case is before the Court upon Ricky Bias' Motion to Continue Motion Cut-Off Date [Doc. 8]. Counsel for Mr. Bias, Attorney Kim Tollison, has set forth appropriate circumstances for the Court's consideration in support of an extension of the motions deadline. Specifically, there may be a relevant in-cruiser video recording in the possession of the Knoxville Police Department and counsel states this information will determine whether pretrial motions may be appropriate.

The Court finds that good cause has been shown to extend the deadline previously established for filing of motions. Accordingly, the defendant's Motion to Continue Motion Cut-Off Date **[Doc. 8]** is **GRANTED**. The deadline for filing pretrial motions is extended to **June 4, 2008,** as requested. If such additional motions are filed, responses to those motions will be due on or before **June 18, 2008.** The parties should be prepared to schedule a hearing on the merits of any pending pretrial motions and to address the July 2, 2008, trial date at the time previously established

for the Pretrial Conference, **June 16, 2008, at 10:00 a.m.**.

**IT IS SO ORDERED.**

ENTER:


     s/ H. Bruce Guyton     
United States Magistrate Judge